UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. RODRIGUEZ,<br><br>               Petitioner,<br><br>         v.<br><br>W.L. MONTGOMERY, Warden,<br><br>               Respondent. | Case No. 2:16-cv-07332-DMG (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE, DISMISSING ACTION WITH PREJUDICE** |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. The Court has engaged in a de novo review of those portions of the R&R to which Petitioner objected as well as the additional evidence presented by Petitioner on August 20, 2018. Because neither the additional evidence nor the objections impact the previously issued findings and recommendation of the Magistrate Judge, the Court accepts the previously issued findings and recommendation of the Magistrate Judge.

/ / /

IT IS THEREFORE ORDERED that Judgment be entered (1) **DENYING** the Petition for a Writ of Habeas Corpus and the Motions for an Evidentiary Hearing; and (2) **DISMISSING** this action with prejudice.

DATED: February 27, 2019

                                                                                                      _____
                                                                                                       DOLLY M. GEE
                                                                                                        United States District Judge