JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. RODRIGUEZ,<br><br>          Petitioner,<br><br>          v.<br><br>W.L. MONTGOMERY, Warden,<br><br>          Respondent. | Case No. 2:16-cv-07332-DMG (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 27, 2019

_____
DOLLY M. GEE
United States District Judge